82 A.3d 407

RAYBESTOS PRODUCTS COMPANY, Objector

v.

RELIANCE INSURANCE COMPANY, In Liquidation (ANCILLARY MATTER TO IN RE RELIANCE INSURANCE COMPANY IN LIQUIDATION NO. 1 REL 2001).

Appeal of Raybestos Products Company, Objector.

Supreme Court of Pennsylvania.

Dec. 16, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of December, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.** Appel-

lant's applications for leave to file supplemental authority and for oral argument are **DENIED.**